UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DECEUNINCK NORTH AMERICA, LLC**                      **PLAINTIFF**

**VS.**                       **CASE NO. 4:06CV00951 JMM**

**BAVARIAN POLYMERS USA, INC., ET AL.**                      **DEFENDANT**

### ORDER

Plaintiff Deceuninck North America's Motion to Seal Exhibits Attached to Bavarian's Brief in Opposition is granted (#38). The Clerk of the Court is directed to file Exhibits 1B, 3A, 7A, and 8A to the Defendants' Brief in Opposition to Deceuninck's Motion for A Preliminary Injunction under seal and designate these documents as being Confidential Materials pursuant to the October 10, 2006 Protective Order.

IT IS SO ORDERED THIS  8  day of   November  , 2006.

_____
James M. Moody
United States District Judge