IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DECEUNINCK NORTH AMERICA, LLC**                                      **PLAINTIFF**

V.                                    CASE NO. 4:06-CV-951 JMM

**BAVARIAN POLYMERS USA, INC., RALPH
WEISS, ROBERT WEISHAEUPL,
GIOVANNI MENEGAZZO and BRYAN HARRIS**            **DEFENDANTS**

## ORDER

As stated on the record on this date, the parties have reached an amicable settlement of this case pursuant to the terms and conditions set forth in exhibit 1 which is attached hereto and which the Clerk is directed to file under seal. The Court shall retain jurisdiction to enforce the terms of the settlement agreement until such time as the entry of a consent judgment. All pending motions are hereby denied as moot.

IT IS SO ORDERED this 19th day of December, 2006.

_____
James M. Moody
United States District Judge