IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 0 2 2007

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

| | |
|---|---|
| DECEUNINCK NORTH AMERICA, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:06-CV-951-JMM |
| BAVARIAN POLYMERS USA, INC., RALPH WEISS, ROBERT WEISHAEUPL, GIOVANNI MENEGAZZO, and BRYAN HARRIS | ) |
| Defendants. | ) |

**CONSENT JUDGMENT**

This matter coming before the Court for hearing on Plaintiff Deceuninck North America, LLC's Motion for Preliminary Injunction, the Court having read written submissions, heard oral testimony and being advised that the parties have agreed to resolve this lawsuit without any admission of fault or liability by any of the Defendants through entry of this Consent Judgment, including additional paragraphs of this Consent Agreement and a Confidential Settlement Agreement that will be filed under seal with this Court, all of the Defendants consenting to the personal jurisdiction of this Court and the Court having jurisdiction over the subject matter, and the Court being fully advised,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  Defendant Bavarian Polymers USA, Inc., Ralph Weiss, Robert Weishaeupl, Giovanni Menegazzo and Bryan Harris, their directors, officers, shareholders, affiliates, heirs, successors and assigns (collectively "Defendants") and all those acting in concert with any of them are hereby permanently enjoined from the design, production, manufacture and/or sale of the lineals utilized in Plaintiff's 2900 and 4300 window systems and/or any lineals interchangeable with lineals used in the 2900 or 4300 systems, and from the use of any other

Deceuninck confidential and proprietary information concerning any other Deceuninck window system or product for which any of the Defendants now possess (or may obtain in the future) engineering drawings, dies or other proprietary or confidential material. For purposes of this Consent Judgment, "interchangeable" means: (a) the lineals are assembled in fabrication equipment specifically designed for the 2900 or 4300 systems, regardless of modification; or (b) the lineals are visually indistinguishable; or (c) the lineals can pass the same dimensional specifications test as the lineals in the 2900 or 4300 systems; and "proprietary and confidential" shall have the same meaning as "trade secret" as defined in the Arkansas Trade Secrets Act, Ark.. Code Ann. Section 4-75-601.

2.   Paragraphs 6 and 7 of this Consent Judgment and the related Confidential Settlement Agreement are hereby filed under seal. These paragraphs six and seven, and the attached Confidential Settlement Agreement are being filed under seal, based on the Court's finding that there is little public interest in the terms and conditions of those paragraphs and the parties' Confidential Settlement Agreement, and that the interests of the parties in maintaining confidentiality outweighs any minimal public interest in the terms and conditions of the parties' Confidential Settlement Agreement, other than the matters disclosed in paragraph one of the Consent Judgment.

3.   As part of this Consent Judgment, this Court shall, for a period of two years from the date of entry of this Consent Judgment, enforce the terms of the Confidential Settlement Agreement between the parties, which is being filed under seal as Exhibit 1 to the sealed Consent Judgment.

4.   The Defendants' counterclaim and third party complaint are dismissed with prejudice on motion of the Defendants.

5.  This is a full and final judgment. All claims for relief that the Plaintiff made or could have made in this action, including without limitation claims for injunctive relief, damages and attorneys' fees, are merged into this Consent Judgment.

**IT IS SO ORDERED, ADJUDGED AND DECREED** this 2 day of ~~February~~ March, 2007.

_____
Hon. James Moody, Judge

The parties, by and through their counsel, stipulate and consent to the foregoing terms of this Consent Judgment.

_____  _____
Counsel for Plaintiff              Counsel for Defendants
Date: 2/28/07                      Date: 2/15/07

1029216_5