IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DECEUNINCK NORTH AMERICA, LLC, )
)
)
Plaintiff, )
)
v. ) No. 4:06-CV-951-JMM
)
BAVARIAN POLYMERS USA, INC., )
RALPH WEISS, ROBERT )
WEISHAEUPL, GIOVANNI )
MENEGAZZO, and BRYAN HARRIS )
)
Defendants.

## CONSENT JUDGMENT

## FILED UNDER SEAL