## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

DECEUNINCK NORTH AMERICA, LLC,   )
  )
        Plaintiff,   )
  )
  )
     v.   )      No. 4:06-CV-951-JMM
  )
BAVARIAN POLYMERS USA, INC.,   )
RALPH WEISS, ROBERT WEISHAEUPL,   )
GIOVANNI MENEGAZZO, and BRYAN   )
HARRIS   )
  )
        Defendants.   )

### AGREED ORDER REGARDING SUBPOENAED DOCUMENTS

**THIS MATTER** having been brought before the Court by Starr, Gern, Davison & Rubin, P.C., attorneys for defendants, on notice to plaintiff, and the plaintiff having agreed to the relief set forth below, and good cause having been shown,

**IT IS on this**  **6th day of July, 2007,**

**ORDERED, as follows:**

    1.    All information produced in response to the subpoena issued to Robert Kushner by plaintiff Deceuninck North America, LLC, dated June 25, 2007, shall be protected from disclosure to parties and other persons in the manner prescribed for information marked "Confidential - Attorneys and Experts Only" in the Agreed Protective Order previously entered by the Court in this matter; and

1

2.    Plaintiff's counsel shall not reveal to plaintiff or its representatives the names of any third party for whom any window design was developed or other work was performed, or details of the designs produced by Mr. Kushner for Bavarian and/or other parties, other than the type of window represented by the design (*e.g.*, "single-hung brickmold").

3.    Nothing in this Order shall prejudice the right of any party to seek an order under the terms of the previously entered Agreed Protective Order removing the Confidential - Attorneys and Experts Only designation from the information produced by Mr. Kushner.

JAMES M. MOODY, U.S.D.J.

The undersigned agree to the form, content and entry of the within order:

*Attorneys for Plaintiff*

SHEFSKY & FROELICH

By: _____

7/6/07

*Attorneys for Defendants*

STARR, GERN, DAVISON & RUBIN, P.C.

By: _____

7/6/07

2