IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DECEUNINCK NORTH AMERICA LLC                                              PLAINTIFF

V.                              NO. 4:06cv00951 JMM

BAVARIAN POLYMERS USA, INC., et al                                      DEFENDANTS

ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition, under seal, received from Magistrate Judge Jerry Cavaneau and the objections filed in response, and has further reviewed the relevant record de novo. The Findings and Recommendations are adopted in their entirety as this Court's findings.

The Court agrees with Judge Cavaneau's analysis that the most reasonable interpretation of the language of paragraphs six and seven of the consent judgment, is that Defendants were obligated to return all drawings related to "any lineals utilized in the 2900 and 4300 windows systems," to hand over any such drawings that might later come into their possession and not to use any such drawings "for any purpose," whether proprietary or not. However, in order to insure that the record is complete in the event of an appeal from the final ruling of the Court, the Court will allow the parties to present evidence on the issue of proprietary and confidential at the evidentiary hearing.

Accordingly, Defendants' motion to dismiss (doc. 96) is denied. Further discovery will be allowed, addressed by separate order, and the matter will be set for hearing to resolve the issues of material fact that are in dispute.

IT IS SO ORDERED this 25th day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE