IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DECEUNINCK NORTH AMERICA LLC                                              PLAINTIFF

V.                                  NO. 4:06cv00951 JMM

BAVARIAN POLYMERS USA, INC., et al                                      DEFENDANTS

AMENDED ORDER

Defendants have filed their second supplemental response to the Court's orders of July 22, July 31, and August 6, 2008. The submittal includes the required Menegazzo affidavit and hard copies of documents 589 and 725.

Documents 589 and 725 are product utilization reports for the year 2006, containing information as to materials, scrap, working days, etc. and, as Defendants previously asserted, do not appear to contain relevant information.[1]

I believe this filing ties all loose ends arising from the discovery motions filed to this date. If I have overlooked any issues, the parties should bring this to my attention. Also, on or before September 5, 2008, the parties should tell the Court when they expect to complete the discovery process, so that a date can be set for hearing before Judge Moody.

IT IS SO ORDERED this 19th day of August, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The documents' discoverability apparently is moot because they were attached to the response, which was submitted neither as sealed nor *in camera*.