**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DECEUNINCK NORTH AMERICA, LLC**                                                    **PLAINTIFF**

**V.                                        CASE NO.  4:06-CV-951 JMM**

**BAVARIAN POLYMERS USA, INC., RALPH
WEISS, ROBERT WEISHAEUPL,
GIOVANNI MENEGAZZO and BRYAN HARRIS**                                 **DEFENDANTS**

**ORDER**

Pending is Defendants' motion to reconsider its motion to dismiss and in the alternative, to compel a response to the Court's Order of August 19, 2008.  (Docket # 152).  Plaintiff has responded.  Based upon the pleadings filed the Court finds that Defendants' motion should be, and hereby is, denied.  The parties are directed to proceed with the imaging as outlined in Plaintiff's response.  The Court has set this matter for a hearing June 29, 2009, the parties are directed to complete any additional discovery no later than April 6, 2009.

IT IS SO ORDERED this 20th day of November, 2008.

James M. Moody
Untied States District Judge