**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**DECEUNINCK NORTH AMERICA, LLC**                      **PLAINTIFF**

**V.**                      **CASE NO.  4:06-CV-951 JMM**

**BAVARIAN POLYMERS USA, INC., RALPH
WEISS, ROBERT WEISHAEUPL,
GIOVANNI MENEGAZZO and BRYAN HARRIS**            **DEFENDANTS**

**ORDER**

Pending is Plaintiff's notice of withdrawal of motion to find contempt and related proceedings.  (Docket # 160).  Defendants have responded and moved for the dismissal of the preservation order and other obligations and for turnover of discovery.  (Docket # 161).

For good cause shown, Plaintiff is permitted to withdraw its motion for order to show cause and for protection and preservation, docket entry # 67.  Defendants' cross-motion (Docket # 161) is granted. The preservation order entered June 22, 2007, docket entry # 71 is vacated. The parties are hereby relieved of all discovery obligations imposed during the proceedings related to Plaintiff's motion to find contempt.  The parties are directed to comply with the terms of the Agreed Protective Order, docket entry # 30, with regard to the return of all confidential material upon termination of the lawsuit.  Mr. Hauberg must return discovery that he was permitted to review under the July 22, 2008, discovery order, docket entry # 128, and is directed to sign and file Exhibit 1 to the Agreed Protective Order as noted in the Court's Order dated July 22, 2008.

This case is closed.  The Clerk of the Court is directed to terminate this action.

IT IS SO ORDERED this 1st day of April, 2009.

                                                   James M. Moody
                                                 United States District Judge